DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRI SKILES,** as Personal
Representative of the **ESTATE OF
WESLEY SKILES,** deceased,
Appellant,

v.

**LAMARTEK, INC.,** d/b/a **DIVE RITE,**
Appellee.

No. 4D16-2315

[February 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Caracuzzo, Judge; L.T. Case No. 50-2012-CA-013132-XXXX-MB.

Bard D. Rockenbach of Burlington & Rockenbach, P.A., West Palm Beach, Robert F. Spohrer of Spohrer & Dodd, P.L., Jacksonville, John F. Romano of Romano Law Group, West Palm Beach, and Dustin B. Herman of Spangenberg Shibley & Liber LLP, Cleveland, Ohio, for appellant.

David G. Concannon of Concannon & Charles, Wayne, Pennsylvania, and Christopher F. Lanza of Christopher F. Lanza, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***